IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01547-REB-MEH

VIRGINIA STOLTZ,

    Plaintiff,

v.

TOM MACURDY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 19, 2008.**

    Defendant's Motion for Leave to Add Additional Defendant [filed Aug. 18, 2008; docket 6] is **denied without prejudice**. Defendant may re-file the Motion pursuant to Fed. R. Civ. P. 14 and shall include an attached proposed third party complaint.