UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08CV01547-REB-MEH

VIRGINIA STOLTZ
    Plaintiff,

v.

TOM MACURDY
    Defendant

and

ESTATE OF DAVID H. PRAGER,
DECEASED,
    Additional Defendant

NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE
OF SUMMONS

---

To Mona Beal and Larry Beal, as Executors of the Estate of David H. Prager, the above named Additional Defendant:

    A lawsuit has been commenced against the Estate of David H. Prager, the entity on whose behalf you are addressed as Executors. A copy of the complaint and answer naming said Estate as an additional Defendant is attached to this notice. It has been filled in the United States District Court of the District of Colorado and has been assigned docket No. 08CV01547-REB-MEH.

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within _____ days after the date designated below as the date on which this Notice and Request is sent.
    I enclose a stamped and addressed envelope for your use. An extra

(1)

copy of the waiver is also attached for your records.

     If you comply with this request and return the signed waiver, it will be filled with the court and no summons will be served on you by other means. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent, (or 90 days from said date if your address is not in any judicial district of the United States.)

     If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the Court to require you, of the party on whose behalf you are being served) to pay the full costs of such service. In that connection, please read the attached statement concerning the duty of parties to waive service of the summons, which is set forth on the reverse side, or at the foot of or attached to this waiver form.

     I affirm that this request is being sent to you on behalf of the Defendant, Tom Macurdy, who has named the Estate of David H. Prager as an Additional Defendant in the above matter, this ___ day of August, 2008.

*[signature]*
Tom Macurdy
Defendant, pro se.

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires that a Defendant located in the United States who, after being notified of an action and asked by a party to said action located in the United States to waive service of a summons, fails to do so, will be required to bear the cost of such service unless good cause be shown for a their failure to sign and return the waiver.

It is not good cause for failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of

(2)

summons retains all of the defenses and objections (except any relating to the summons or to the service of the summons) and may later object to the jurisdiction of the courts or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the Plaintiff's attorney and the original Defendant, or it's attorney who named the party waiving service as a party to this action, a response to the complaint and must also file a signed copy of the response with the court. By waiving service a defendant is allowed more time to answer than if the summons had been served when the request for waiver of service was received,