IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01547-REB-MEH

VIRGINIA STOLTZ,

    Plaintiff,

v.

TOM MACURDY,

    Defendant and Third-Party Plaintiff,

v.

ESTATE OF DAVID H. PRAGER,

    Third-Party Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 3, 2008.**

    Defendant's Motion for Leave to Add Third Party Defendant [filed August 27, 2008; docket 11] is **granted**. The Court directs the Clerk of Court to file the Third Party Complaint [docket #11-2]. The Court reminds Defendant Macurdy of his obligations under Fed. R. Civ. P. 4 and 5.