IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01547-REB-MEH

VIRGINIA STOLTZ,

      Plaintiff,

v.

TOM MACURDY,

      Defendant and Third-Party Plaintiff,

v.

ESTATE OF DAVID H. PRAGER,

      Third-Party Defendant.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 15, 2008.**

      Defendant's Motion for Leave to Add Third Party Defendant [filed September 9, 2008; docket #16] is **stricken as duplicative**.  The Court refers Defendant to this Court's Order issued September 3, 2008 [docket #14].